IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARTIN CISNEROS, )
)
    Plaintiff, )
) CASE NO. 3:11-0896
) JUDGE HAYNES
v. )
)
METRO TRANSIT AUTHORITY (MTA) )
et al., )
)
    Defendants. )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 21) that Plaintiff's motion to add on individual, supervisor 54 to his action under the Americans with Disabilities Act be denied. Plaintiff now regrets his motion (Docket Entry No. 23).

Accordingly, after <u>de novo</u> review the Report and Recommendation is **ADOPTED** and the Plaintiff's motion to amend (Docket Entry No. 19) is **DENIED**.

Plaintiff's motion to add as a Defendant Davidson County Transit Organization (Docket Entry No. 23) is **DENIED** given that the proper party is before the Court that can provide complete relief.

It is so **ORDERED**.

**ENTERED** this _____ day of April, 2012.

_____
WILLIAM J. HAYNES, JR.
United States District Judge