IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARTIN CISNEROS, | ) |
| Plaintiff, | ) |
| | ) No. 3:11-cv-0896 |
| | ) Chief Judge Haynes |
| v. | ) |
| METRO TRANSIT AUTHORITY (MTA) et al., | ) |
| Defendants. | ) |

## O R D E R

Upon de novo review of the Report and Recommendation and consideration of Plaintiff's objections and supplemental filings, the Report and Recommendation of the Magistrate Judge (Docket Entry No. 104) is **SET ASIDE**. The Defendants' motion for summary judgment (Docket Entry No. 42) is **REMANDED** to Magistrate Judge Bryant to consider whether Plaintiff's supplemental proof, including authenticated medical records from Nashville General Hospital (Docket Entry No. 110-3 at 3-6) and verified letter from Nurse Birner (Docket Entry No. 110-3 at 10), can satisfy Plaintiff's burden to prove his mobility disability.

It is so **ORDERED**.

ENTERED this 3rd day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court